IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TAMMY WELLS, | ) |
|        Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-18 (MTT) |
| GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC., *et al.*, | ) |
|        Defendants. | ) |

## ORDER

This matter is before the Court on the Plaintiff's Motion for Reconsideration (Doc. 130) of the Court's Order instructing the Plaintiff to sign the medical authorizations provided by the Defendants (Doc. 129). For the following reasons, the Motion is **GRANTED** in part and **DENIED** in part.

After the entry of the Court's Order, the Plaintiff signed eleven of the medical releases, but refused to sign nine. The Plaintiff claims that six of the health care providers "provided medical care to the Plaintiff that is both related and unrelated, to matters involving the Defendants." (Doc. 130, Health Care Providers 1, 4, 6, 8, 10, and 16). The Plaintiff claims that three of the health care providers "provided no medical care to the Plaintiff that is in any way related to matters involving the Defendants." (Doc. 130, Health Care Providers 13, 15, and 17).

### I. Health Care Providers 1, 4, 6, 8, 10, and 16

The Plaintiff claims that these six health care providers provided medical care to the Plaintiff that is both related and unrelated to the matters in this case. First, it is not

unusual that a provider's records in a claim involving personal injury will contain some information not related to the Plaintiff's claimed injuries. That does not mean, however, that the records are not discoverable. Second, the Plaintiff proposes no way to determine which medical records are discoverable and medical records are not. Therefore, the Plaintiff's Motion for Reconsideration is **DENIED** with regard to these health care providers. The Plaintiff is again **ORDERED** to sign the medical authorizations for the following health care providers:

1. Dr. Ferial Walid
   Primary Family Medicine
   110 Woodcrest Blvd.
   Warner Robins, GA 31093

4. Dr. Becky L. Campbell
   Baggett and Campbell
   500 Spillers Way
   Warner Robins, GA 31088

6. Dr. Thomas H. Williamson
   310-B Margie Drive
   Warner Robins, GA 31088

8. Dr. Alan G. Struth
   Internal Medicine and Rheumatology
   1037 North Houston Road
   Warner Robins, GA  31093

10. Dr. Peter O. Holliday, III
    Coliseum Northside Hospital
    420 Charter Blvd., Suite 402
    Macon, GA 31210

16. Dr. Daniel Snow
    15001 Dufief Mill Road
    Gaithersburg, MD  20878

## II.  Health Care Providers 13, 15, and 17

The Plaintiff claims that these three health care providers administered no medical care to the Plaintiff related to this case.

### A.  Health Care Provider 13

The Plaintiff claims that Health Care Provider 13, the Nexus Pain Center of Houston's medical care is unrelated to this case.  However, given the time frame of her care and the nature of the treatment, presumably pain treatment, the Nexus Pain Center of Houston records are discoverable.  Therefore, the Plaintiff's Motion for Reconsideration is **DENIED** with regard to the medical records from Nexus Pain Center of Houston.  The Plaintiff is again **ORDERED** to sign the medical authorization for the following health care provider:

13. Nexus Pain Center of Houston
    100 Jim Mason Court
    Warner Robins, GA 31088

### B.  Health Care Providers 15 and 17

The Plaintiff claims that Health Care Providers 15 and 17, Piedmont Colorectal Associates' and Dr. Julia C. Korenman's medical care are unrelated to this case.  The Plaintiff does not explain to the Court why these medical records are not discoverable.  However, both health care providers provide medical services related to gastroenterology and colon/rectal health.  It is not apparent to the Court why medical records of this nature would be discoverable.  The Defendants have set forth no reasons as to why medical records of this nature are discoverable.  Therefore, the Plaintiff's

Motion for Reconsideration is **GRANTED** with regard to the medical records from Piedmont Colorectal Associates and Dr. Julia C. Korenman.[1]

### III. Conclusion

For the above reasons, the Plaintiff's Motion is **GRANTED** in part and **DENIED** in part. (Doc. 130). The Plaintiff has until Friday, May 4, 2012, to sign and forward the medical authorizations for Health Care Providers 1, 4, 6, 8, 10, 13, and 16 to the Defendants' Counsel at:

Halima Horton
1170 Peachtree Street, NE
Suite 2100
Atlanta, GA 30309.

**SO ORDERED**, this the 1st day of May, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Defendants are welcome to advance specific reasons as to why the Plaintiff's medical records regarding gastroenterology and colon/rectal health are discoverable.