IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TAMMY WELLS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-18 (MTT) ) |
| GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC., *et al.*, | ) ) ) ) ) |
| Defendants. | ) ) |

### ORDER

Before the Court is the Plaintiff's Motion for Certificate of Appealability/Motion for Interlocutory Appeal.  (Doc. 163).  The Plaintiff seeks to appeal the Court's Order granting the Defendants' Motion for an Extension of Time to file its Statement of Material Facts.  The Plaintiff's Motion is **DENIED**.  Further, the Court reminds the Plaintiff that if she wishes to respond to the Defendants' Motion for Summary Judgment, she should file a Response immediately.  Along with her Response, she should submit a motion for leave to allow an untimely response.

**SO ORDERED**, this 28th day of January, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT